Rec'd 2:20pm
8/1/11 ⓒP

United States District Court
District of Massachusetts

```
_____  )
                                 )
JANE DOHERTY and RICHARD         )
DOHERTY,                         )
         Plaintiffs,             )
                                 )   Civil Action No.
         v.                      )   07-12082-NMG
                                 )
SOUTH SHORE MEDICAL CENTER,      )
P.C., DENNIS B. BAILY, D.O. and  )
ROBERT C. KASABIAN, M.D.,        )
         Defendants.             )
_____  )
```

**VERDICT FORM**

1. Do you find that either or both of the individual defendant doctors was negligent in his care and treatment of the plaintiff, Jane Doherty?

    Dennis B. Baily, D.O.        Yes _____     No ✓

    Robert C. Kasabian, M.D.     Yes _____     No ✓

**If you answer Question 1 "Yes" with respect to either doctor, proceed to Question 2. If you answer Question 1 "No" with respect to both doctors, your deliberations are complete.**

2. Do you find that the negligence of the doctor(s) as to whom you answered "Yes" in Question 1 was a proximate cause of harm to Jane Doherty?

**Answer Question 2 only to the extent that you answer "Yes" to the corresponding doctor(s) in Question 1.**

    Dennis B. Baily, D.O.        Yes _____     No _____

    Robert C. Kasabian, M.D.     Yes _____     No _____

**If you answer Question 2 "Yes" with respect to either doctor, proceed to Question 3. If you answer Question 2 "No" with respect to both doctors, your deliberations are complete.**

3.  What amount of money, if any, do you award to Jane Doherty to fairly and reasonably compensate her for any pain and suffering, lost wages, lost earning capacity or other economic losses she suffered that you find was proximately caused by the negligence of the defendant doctor(s) and the South Shore Medical Center?

**You may award damages only if you answer Question 2 "Yes" with respect to either doctor.**

    Amount in words: _____

    Amount in figures: _____


4.  Do you find that the plaintiff, Richard Doherty, suffered a loss of consortium of the plaintiff, Jane Doherty?

    Yes _____    No _____

**If you answer Question 4 "Yes", proceed to Question 5. If you answer Question 4 "No", your deliberations are complete.**


5.  Do you find that the negligence of the doctor(s) as to whom you answered "Yes" in Question 2 was a proximate cause of any loss of consortium suffered by Richard Doherty?

**Answer Question 5 only to the extent that you answer "Yes" to the corresponding doctor(s) in Question 2.**

    Dennis B. Baily, D.O.    Yes _____    No _____

    Robert C. Kasabian, M.D.    Yes _____    No _____

**If you answer Question 5 "Yes" with respect to either or both doctors, proceed to Question 6. If you answer Question 5 "No" with respect to both doctors, your deliberations are complete.**

6.   What amount of money, if any, do you award to Richard Doherty to fairly and reasonably compensate him for any loss of consortium he suffered that you find was proximately caused by the negligence of the defendant doctor(s) and the South Shore Medical Center?

**You may award damages only if you answer Question 5 "Yes" with respect to either doctor.**

   Amount in words:  _____

   Amount in figures: _____

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS REACHED A VERDICT.

Dated:  8/1/2011        Jury Foreperson: _/s/ Jatish Kumar_
                                         (JATISH K. TADIKONDA)