UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Jane Doherty, et al**

    V.

                               CIVIL ACTION: **07-12082-NMG**

**South Shore Medical Center, PC, et al**

### JUDGMENT IN A CIVIL CASE

GORTON, U.S.D.J.                                August 1, 2011

     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. IT IS ORDERED AND ADJUDGED that final judgment is hereby entered in favor of the Defendants.

                                                By the Court,

                                                /s/ Christine Patch
                                                DEPUTY CLERK